| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Jordan, Anthony T. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>dba Gretsky Management, dba TNT Athletic Consultants<br>dba Coco Brothers Entertainment<br>d/b/a Realizing Others Outstanding Talents | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 8220 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>38 Albemarle Street<br>Rochester, NY 14613 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    Monroe | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|

**Type of Debtor** (Check all boxes that apply)

☑ Individual(s)  ☐ Railroad
☐ Corporation  ☐ Stockbroker
☐ Partnership  ☐ Commodity Broker
☐ Other _____  ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7  ☐ Chapter 11  ☑ Chapter 13
☐ Chapter 9  ☐ Chapter 12

**Nature of Debts** (Check one box)

☑ Consumer/Non-Business  ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Anthony T. Jordan | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: Western District of New York | Case Number:<br>03-23300 | Date Filed:<br>August 13,2003 |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ Anthony T. Jordan
_____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X    /s/ Charles C. Welch, Esq.
_____
Signature of Attorney for Debtor(s)

CHARLES C. WELCH, ESQ.
_____
Printed Name of Attorney for Debtor(s)

Law Office of Charles C. Welch
_____
Firm Name

1722 Lake Road Suite 5
_____
Address

Hamlin, NY 14464
_____

585-964-3950
_____
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    /s/ Charles C. Welch, Esq.
_____
Signature of Attorney for Debtor(s)      Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.8.0-629 - 32108

In re _____     Case No. _____
       Anthony T. Jordan

            Debtor                                                   (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Albemerle two family residence<br>112-114 Albemerle Street, Rochester. | Fee Simple | H | 30,000.00 | Exceeds FMV |
| Albermerle single family rental<br>30 Albemerle Street, Rochester | Fee Simple | H | 50,000.00 | 48,000.00 |
| Albemerle single family residence<br>38 Albemerle Street, Rochester | Fee Simple | H | 50,000.00 | Exceeds FMV |
| Cameron two family residence<br>117-119 Cameron Street, Rochester | Fee Simple | H | 35,000.00 | Exceeds FMV |
| Curtis St. Property<br>178-180 Curtis Street, Rochester | Fee Simple | H | 40,000.00 | Exceeds FMV |
| 24-26 Saranac St.<br>24-26 Saranac Street. | Fee Simple | H | 40,000.00 | 40,000.00 |
| **Total ▶** | | | 245,000.00 | |

(Report also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

FORM B6B
(10/89)

Anthony T. Jordan

In re _____     Case No. _____
                        Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Cash on Hand<br><br>Everyday cash on hand | H | 300.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br><br>M&T Checking account<br>Rochester, NY<br>Account # 9830892387 | H | 600.00 |
| | | Savings Account<br><br>Monroe Federal Credit Union<br>Account # 352327 | H | 100.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods<br><br>Everyday household goods to include living, dining, bedroom and Kitchen; also kitchen appliances, utensils, and bedroom furniture and a TV. | H | 2,500.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

Anthony T. Jordan

In re _____     Case No. _____
               Debtor                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing Apparel<br><br>Everyday wearing apparel. | H | 250.00 |
| 7. Furs and jewelry. | | Bracelet<br><br>Gold nugget bracelet | H | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | Personal loan<br><br>money owed to debtor by Terry L. Richards loaned between 1999 & 2001, | H | 7,000.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

Anthony T. Jordan

In re _____          Case No. _____
                    Debtor                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 86' Toyota Supra <br><br> 1986 Toyota Supra with 160,000 miles in poor condition, not running. | H | 100.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

In re _Anthony T. Jordan_____  Case No. _____
                        Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

_0___ continuation sheets attached

Total ▶  $          11,050.00

**(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)**

Anthony T. Jordan

In re _____     Case No._____
                    Debtor                                                                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)  Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile
                          has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the
                          180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the
                          extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Cash on Hand | NY Debt & Cred Law § 283(2) | 300.00 | 300.00 |
| Checking Account | NY Debt & Cred Law § 283(2) | 600.00 | 600.00 |
| Savings Account | NY Debt & Cred Law § 283(2) | 100.00 | 100.00 |
| Household Goods | NY Civ Prac Law & Rules § 5205(a)(5) | 2,500.00 | 2,500.00 |
| Wearing Apparel | NY Civ Prac Law & Rules § 5205(a)(5) | 250.00 | 250.00 |
| 86' Toyota Supra | NY Debt & Cred Law § 282(iii)(1) | 100.00 | 100.00 |

Form B6D
(12/03)

**In re** _____,       **Case No.** _____

           Anthony T. Jordan

          **Debtor**                                                                                       **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Alveen Associates<br>99 Ridgelad Road<br>Rochester, NY<br><br>VALUE $    35,000.00 | | | Incurred: 5/2004<br>Lien: Second Mortgage<br>Security: 112 Albemarle<br>Second Mortgage on 112 Albemarle Street. | | | | 12,000.00 | 0.00 |
| ACCOUNT NO. 1974<br><br>Centex Home Equity<br>P.O. Box 199400<br>Dallas, TX 75219<br><br>VALUE $    50,000.00 | | | Incurred: 1/2000<br>Lien: First Mortgage<br>Security: 30 Albemarle<br>Mortgage for property located at 30 Albemarle Street. | | | | 47,983.02 | 983.02<br><br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 4291<br><br>Charter One Bank<br>1215 Superior Ave<br>Cleveland, OH 44113<br><br>VALUE $    50,000.00 | | | Incurred: 5/1999<br>Lien: First Mortgage<br>Security: 38 Albermarle<br>Mortgage for property located at 38 Albemerle Street | | | | 53,036.37 | 3,036.37 |
| ACCOUNT NO. 9836<br><br>Charter One Bank<br>1215 Superior Ave<br>Cleveland, OH 44113<br><br>VALUE $    35,000.00 | | | Incurred: 1998<br>Lien: First Mortgage<br>Security: 117-119 Cameron St.<br>Mortgage for property at 117-119 cameron Street | | | | 38,797.04 | 3,797.04 |

  __1__   continuation sheets attached

Subtotal ➤    $    151,816.43
(Total of this page)

Total ➤    $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

Anthony T. Jordan

In re _____,     Case No. _____
                 **Debtor**                                                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Charter One Bank<br>1215 Superior Ave<br>Cleveland, OH 44113 | | | Incurred: 1998<br>Lien: Fee Simple<br>Security: Curtis St. Property<br><br>VALUE $    40,000.00 | | | | 40,134.70 | 134.70 |
| ACCOUNT NO. 3022<br><br>City of Rochester<br>Attn; S. Sutera<br>30 Church St., Rm. 400A<br>Rochester, NY 14604 | | | Incurred: 2001<br>Lien: Taxes on proerty<br>Past due taxes for 30 Albermarle St.<br><br>VALUE $    50,000.00 | | | | 3,000.00 | 0.00 |
| ACCOUNT NO. 9334<br><br>City of Rochester<br>Attn; S. Sutera<br>30 Church St., Rm. 400A<br>Rochester, NY 14604 | | | Incurred: 2001<br>Lien: Taxes due on property<br>Past due taxes for 112-114 Albermarle St.<br><br>VALUE $    58,000.00 | | | | 3,000.00 | 0.00 |
| ACCOUNT NO. 3379<br><br>Option One Mortage<br>P.O. Box 57054<br>Irvine, CA 92619-7054 | | | Incurred: 2/2002<br>Lien: First Mortgage<br>Security: 111-112 Albemerle<br>Mortageg for property at 112-111 Albemerle Street<br><br>VALUE $    30,000.00 | | | | 45,376.70 | 15,376.70 |
| ACCOUNT NO.<br><br>Saxon Mortgage Corp.<br>4880 Cox Road<br>Glen Allen, VA 23060 | | | Incurred: 1998<br>Lien: First Mortgage<br>Security: 24-26 Saranac St.<br><br>VALUE $    40,000.00 | | | | 40,000.00 | 40,000.00<br>This amount based upon existence of Superior Liens |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤    $    131,511.40
(Total of this page)

Total ➤    $    283,327.83
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

Form B6E
(04/04)

In re  Anthony T. Jordan                                                    ,        Case No._____
_____                                        (if known)
        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition  is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total also on the Summary of Schedules.

☑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(2).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____  continuation sheets attached

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

In re _____,      Case No. _____
       Anthony T. Jordan

**Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8529<br><br>Charter One Bank<br>1215 Superior Ave<br>Cleveland, OH 44113 | | | Incurred: 2/1999<br>Mortgage for property at 178-180 Curtis Street<br>Property was forclosed on. | | | | Unknown |
| ACCOUNT NO. 5773<br><br>Charter One Bank<br>1215 Superior Ave<br>Cleveland, OH 44113 | | | Incurred: 7/1998<br>Mortage for property at 263 Garson Ave | | | | Unknown |
| ACCOUNT NO. 3154<br><br>Citibank/CCSI<br>bankruptcy Recovery Dept.<br>Attn; Diana Ekis<br>7920 NW 110 St. POB 20487<br>Kansas City, MO 64195-9904 | | | Incurred: 1999<br>Consumer goods | | | | 10,191.34 |
| ACCOUNT NO. 1059<br><br>Discover Card<br>P.O. Box 15192<br>Wilmington, DE 19850-5192 | | | Incurred: 1999<br>Consumer goods. | | | | 9,923.17 |

_____2_____ continuation sheets attached

Subtotal ➤   $    20,114.51
(Total of this page)

Total ➤   $
(Use only on last page)
(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

Anthony T. Jordan

In re _____,          Case No. _____
**Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5947<br><br>EMC Mortgage Corporation<br>MacArthur Ridge II, Suite 200<br>909 Hidden Ridge<br>Irving, TX 75038 | | | Incurred: 1997<br>52 Herkimer Street | | | | Unknown |
| ACCOUNT NO.<br><br>Foster & Garbus, Esq.<br>P.O. Box 930<br>Farmingdale, NY 11735 | | | Collection agency for Citibank. | | | | Notice Only |
| ACCOUNT NO. 1266<br><br>Lowe's<br>P.O. Box 103080<br>Roswell, GA 30076 | | | Incurred: 2002<br>Consumer goods. | | | | 885.69 |
| ACCOUNT NO.<br><br>Saxon Mortgage Corp<br>4880 Cox Road<br>Glen Allen, VA 23060 | | | Incurred: 1998<br>Mortgage for rental proerty at 24-26 Saranac Street<br>Property was forclosed on. | | | | Unknown |
| ACCOUNT NO.<br><br>SUNY Brockport College<br>Attn: Bursar's Office<br>350 Campus Drive<br>Brockport, NY 14420 | | | Incurred: 2002-2003<br>Tuition reimbursement for the 2002-2003 terms. | | | | 4,114.90 |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ | $ | 5,000.59
(Total of this page)
Total➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

Form B6F - Cont.
(12/03)

Anthony T. Jordan

In re _____,  Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8220<br><br>US Dept. of Education<br>Direct Loan Serviceing Center<br>P.o. box 4609<br>Utica, NY 13504-4609 | | | Incurred: 1999<br>Student loan for education | | | | 5,656.79 |
| ACCOUNT NO.<br><br>Wells fargo Financial<br>2496 Ridge road west<br>Greece, NY 14626-3049 | | | Incurred: 1997<br>Property at 434-438 Emerson Street. | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 5,656.79
(Total of this page)
Total ▶ | $ | 30,771.89
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629  -  32108

FORM B6G
(10/89)

Anthony T. Jordan

In re _____          Case No. _____
                    Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

In re _____    Case No. _____
           Anthony T. Jordan
                    Debtor                                  (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

Anthony T. Jordan

In re_____ ,          Case No._____
          Debtor                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | son | 17 |
| | son | 1 |
| | son | 1 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Area Manager | Teacher |
| Name of Employer | City of Rochester | Rochester City School District |
| How long employed | 2 weeks | 2 years |
| Address of Employer | Rochester, NY | Rochester, NY |

**Income:** (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 4,558.00 | $ 2,808.05 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 4,558.00 | $ 2,808.05 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 1,109.41 | $ 581.36 |
| b. Insurance | $ 234.00 | $ 1.80 |
| c. Union Dues | $ 0.00 | $ 53.52 |
| d. Other (Specify: (D)retirement contribution ) | $ 228.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,571.41 | $ 636.68 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,986.59 | $ 2,171.37 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 2,230.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) (D)Speaking engagements | $ 500.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 5,716.59 | $ 2,171.37 |

TOTAL COMBINED MONTHLY INCOME          $ 7,887.96          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

In re  Anthony T. Jordan_____ ,    Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 735.00 |
| Are real estate taxes included?     Yes __✓__     No _____ | | |
| Is property insurance included?     Yes __✓__     No _____ | | |
| Utilities    Electricity and heating fuel | $ | 380.00 |
|         Water and sewer | $ | 0.00 |
|         Telephone | $ | 90.00 |
|         Other  Cell-60/cable&internet-140.00/adt alarm-29.30 | $ | 229.30 |
| Home maintenance (Repairs and upkeep) | $ | 100.00 |
| Food | $ | 650.00 |
| Clothing | $ | 65.00 |
| Laundry and dry cleaning | $ | 30.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 320.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 60.00 |
| Charitable contributions | $ | 370.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|         Homeowner's or renter's | $ | 0.00 |
|         Life | $ | 140.00 |
|         Health | $ | 0.00 |
|         Auto | $ | 220.00 |
|         Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|         Auto | $ | 390.00 |
|         Other   spouse credit cards | $ | 240.00 |
|         Other   daycare for twins | $ | 700.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 2,435.00 |
| Other _____ s401K Loan _____ | $ | 108.00 |

| | | |
|---|---|---|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 7,362.30 |

## (FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A.  Total projected monthly income | $ | 7,887.96 |
| B.  Total projected monthly expenses | $ | 7,362.30 |
| C.  Excess income (A minus B) | $ | 525.66 |
| D.  Total amount to be paid into plan each _____ monthly _____ | $ | 0.00 |
| | (interval) | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

# United States Bankruptcy Court

## Western District of New York

Anthony T. Jordan

In re _____     Case No. _____
             Debtor                                            (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 245,000.00 | | |
| B - Personal Property | YES | 4 | $ 11,050.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 283,327.83 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 30,771.89 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 7,887.96 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 7,362.30 |
| Total Number of Sheets in ALL Schedules ▶ | | 16 | | | |
| Total Assets ▶ | | | 256,050.00 | | |
| Total Liabilities ▶ | | | | 314,099.72 | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

In re ___Anthony T. Jordan_____ ,   Case No. _____
                Debtor                                                               (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**17**_____

sheets and that they are true and correct to the best of my knowledge, information and belief.    (Total shown on summary page plus 1)

Date _____   Signature ___/s/ Anthony T. Jordan_____
                                                        Debtor

Date _____   Signature ____Not Applicable_____
                                               (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____   _____
Printed or Typed Name of Bankruptcy Petition Preparer         Social Security No.
                                                   (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____   _____
Signature of Bankruptcy Petition Preparer                       Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF NEW YORK

In Re  Anthony T. Jordan

(Name)

Debtor

Case No. _____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

    **1.  Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE (if more than one) | |
|---|---|---|---|
| 2004(db) | | year to date income from employment | FY: 01/01/04 to 12/27/04 |
| 2003(db) | | | |
| 2002(db) | 43,387.00 | Total income for both Anthony and Spouse | FY: 01/01/2002 to 12/31/2002 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

|  | AMOUNT | SOURCE (if more than one) | |
|---|---|---|---|
| 2004(nfs) | 33696.58 | Spouse year to date income from employment | FY: 01/01/04 to 12/27/04 |
| 2003(nfs) | | | |
| 2002(nfs) | | | |

**2. Income other than from employment or operation of business**

None ☒  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| | | |

**3. Payments to Creditors**

None ☒  a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None ☒  b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☒  a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

None  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process
☒  within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter
12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5.  Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☐  lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this
case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| EMC Mortgage Corporation<br>MacArthur Ridge II, Suite 200<br>909 Hidden Ridge<br>Irving, TX 75038 | 4/27/04 | foreclosure on Herkimer |
| Charter One Bank<br>1215 Superior Ave<br>Cleveland, OH 44113 | 8/23/04 | 263 Garson Ave,<br>Rochester, Mortgage<br>foreclosure<br>43,300.00 |
| Wells fargo Financial<br>2496 Ridge road west<br>Greece, NY 14626-3049 | 8/23/04 | 434-438 Emerson St.,<br>Rochester,<br>Mortgage Foreclosure for<br>property<br>valued at approximately |

### 6.  Assignments and Receiverships

None  a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒  preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

<span style="writing-mode: vertical">Bankruptcy2004 ©1991-2004, New Hope Software, Inc., - ver. 3.8.0-629 - 32108</span>

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None ☒    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

**10. Other transfers**

None ☐

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | 10/2004 | 86 Cargo Van |
| Relationship: none | | |

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

## [Questions 19 - 25 are not applicable to this case]

\*   \*   \*   \*   \*   \*

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____  Signature
of Debtor

/s/ Anthony T. Jordan

ANTHONY T. JORDAN

- - - - - - - - - - - - - - - - - - - **CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)** - - - - - - - - - - - - - - - -

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____

Printed or Typed Name of Bankruptcy Petition Preparer                Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____

Signature of Bankruptcy Petition Preparer                                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____0_____ continuation sheets attached

***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attor- ney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have com- mitted certain acts of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the pur- pose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be respon- sible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or per- sonal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer  ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629  -  32108

|  |  |  |
|---|---|---|
| _____ | /s/ Anthony T. Jordan | _____ |
| Date | Signature of Debtor | Case Number |

Alveen Associates
99 Ridgelad Road
Rochester, NY


Centex Home Equity
P.O. Box 199400
Dallas, TX 75219


Charter One Bank
1215 Superior Ave
Cleveland, OH 44113


Charter One Bank
1215 Superior Ave
Cleveland, OH 44113


Charter One Bank
1215 Superior Ave
Cleveland, OH 44113


Charter One Bank
1215 Superior Ave
Cleveland, OH 44113


Charter One Bank
1215 Superior Ave
Cleveland, OH 44113


Citibank/CCSI
bankruptcy Recovery Dept.
Attn; Diana Ekis
7920 NW 110 St. POB 20487
Kansas City, MO 64195-9904


City of Rochester
Attn; S. Sutera
30 Church St., Rm. 400A
Rochester, NY 14604


City of Rochester
Attn; S. Sutera
30 Church St., Rm. 400A
Rochester, NY 14604

Discover Card
P.O. Box 15192
Wilmington, DE 19850-5192


EMC Mortgage Corporation
MacArthur Ridge II, Suite 200
909 Hidden Ridge
Irving, TX 75038


Foster & Garbus, Esq.
P.O. Box 930
Farmingdale, NY 11735


Lowe's
P.O. Box 103080
Roswell, GA 30076


Option One Mortage
P.O. Box 57054
Irvine, CA 92619-7054


Saxon Mortgage Corp
4880 Cox Road
Glen Allen, VA 23060


Saxon Mortgage Corp.
4880 Cox Road
Glen Allen, VA 23060


SUNY Brockport College
Attn: Bursar's Office
350 Campus Drive
Brockport, NY 14420


US Dept. of Education
Direct Loan Serviceing Center
P.o. box 4609
Utica, NY 13504-4609


Wells fargo Financial
2496 Ridge road west
Greece, NY 14626-3049

# United States Bankruptcy Court
## Western District of New York

In re   Anthony T. Jordan

Case No. _____

Chapter _____ 13 _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................................... $ _____600.00_____

Prior to the filing of this statement I have received .......…………............... $ _____600.00_____

Balance Due ...................................……………………….............…..... $ _____0.00_____

2.   The source of compensation paid to me was:

    ☑ Debtor      ☐ Other (specify)

3.   The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

none other

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

not applicable

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____     /s/ Charles C. Welch, Esq.
_____

       *Date*                    *Signature of Attorney*

                            Law Office of Charles C. Welch
                            *Name of law firm*

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-629 - 32108